## Heist *v.* Montayne (No. 2).

OPINION BY PORTER, J., July 16, 1913:

This case involves only the same question which has been considered in the case between the same parties in which an opinion has this day been filed at No. 5, October Term, 1912, ante, p. 611, although the claim in the present case was filed against a different building. The specifications of error are overruled, for the reasons stated in the opinion to which we refer.

The judgment is affirmed.